<div style="writing-mode: vertical">Wpkvgf"Ucvgu"Fkuvtkev"Eqwtv"
Pqtvjgtp"Fkuvtkev"qh"Ecnkhqtpkc"</div>

WPKVGF"UVCVGU"FKUVTKEV"EQWTV"

PQTVJGTP"FKUVTKEV"QH"ECNKHQTPKC"

ICT[ "HKUJGT."

    Rgvkvkqpgt."

      x0'

CTTGUVKPI"CIGPV."gv"cn0"

    Tgurqpfgpvu0'

Ecug"Pq0"[14-cv-01135-WHO"(PR)]"

**ORDER OF TRANSFER**

    Kp"vjku"hgfgtcn"jcdgcu"cevkqp."hkngf"rwtuwcpv"vq"4:"WUE0"È"4476."rgvkvkqpgt"Hkujgt"ejcnngpigu"c"eqpxkevkqp"jg"uwhhgtgf"kp"vjg"Mgtp"Eqwpv{"Uwrgtkqt"Eqwtv."yjkej"hkgu"kp"vjg"Gcuvgtp"Fkuvtkev0"Ceeqtfkpin{."vjku"cevkqp"ku"VTCPUHGTTGF"vq"vjg"Gcuvgtp"Fkuvtkev"qh"Ecnkhqtpkc."cu"vjcv"ku"vjg"fkuvtkev"qh"eqpxkevkqp0"4:"WUE0ÈÈ"3626*c+."4463*f+=""Jcdgcu"NOT"04476/5*d+0"Vjg"Engtm"ujcnn"vtcpuhgt"vjku"cevkqp"hqtvjykvj0'

    **IT IS SO ORDERED.**

**Dated:** Crtkn"4;."4236

_____
YKNNKCO"J0"QTTKEM"
Wpkvgf"Uvcvgu"Fkuvtkev"Lwfig"

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,

        Plaintiff,

  v.

ARRESTING AGENT et al,

        Defendant.

Case Number: CV14-01135 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95213

Dated: April 29, 2014

Richard W. Wieking, Clerk
   By: Jean Davis, Deputy Clerk